# JASSY VICK CAROLAN

**LOS ANGELES    SAN FRANCISCO**

355 South Grand Avenue, Suite 2450 | Los Angeles, CA 90071 | T 310.870.7048 | F 310.870.7010 | JASSYVICK.COM

June 4, 2022

<u>BY ELECTRONIC FILING</u>
Hon. Lewis A. Kaplan
United States Courthouse
200 Pearl Street
New York, NY 10007

Re: *Kevin Spacey Fowler a/k/a Kevin Spacey v. Adam Vary*,
Southern District of New York, Case No. 22-mc-0063 (LAK);
*Anthony Rapp v. Kevin Spacey Fowler a/k/a Kevin Spacey*,
Southern District of New York, Case No. 20-cv-09586 (LAK)

Dear Judge Kaplan,

As Your Honor knows, I am counsel for non-party subpoenaed journalist Adam Vary. I write to amend and clarify a portion of the letter motion filed on June 3, 2022 (Dkt 23, 22-mc-00063) (the "June 3 Letter Motion").

Mr. Vary maintains his request for stays as discussed in his June 3 Letter Motion.

However, Mr. Vary amends and clarifies his June 3 Letter Motion to state that he intends to supply the Court on June 7, 2022 with more than just the materials noted in the last sentence of his June 3 Letter Motion.

                                        Respectfully submitted,

                                        Jean-Paul Jassy
                                        JASSY VICK CAROLAN LLP

cc: Jennifer Keller, Esq.
      Chase Scolnick, Esq.
      Jay Barron, Esq,
      Peter Saghir, Esq.